**EXHIBIT 1: #1** PHOTOGRAPH 1



**EXHIBIT 1: #2** PHOTOGRAPH 2



2:22-cv-2635

**EXHIBIT 1: #3** PHOTOGRAPH 3

