**EXHIBIT 2: #1** INFRINGEMENT 1
URL: https://www.facebook.com/ClubColumbus/photos/10151891571895751



**EXHIBIT 2: #2** INFRINGEMENT 2

URL: https://www.facebook.com/ClubColumbus/photos/10157552204905751



**EXHIBIT 2: #3** INFRINGEMENT 3
URL: https://www.facebook.com/ClubColumbus/photos/10157374701700751

